**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Anthony W. Ishii
United States District Judge
Fresno, California

                                             **RE:   ODOM III, Clifton Tyre**
                                                       **Docket Number: 1:01CR05309-02 AWI**
                                                       **OUT OF COUNTRY TRAVEL REQUEST**

Your Honor:

On June 10, 2002, the above-referenced individual was sentenced to 33 months prison, and 36 months supervised release relative to his conviction for Unlawful Possession of Silencers [26 USC 5861(d)]. Mr. Odom released from prison custody to supervised release on December 9, 2004 to reside in the Southern District of California where he has been supervised since his release.

The purpose of this memorandum is to request the Court's permission for Mr. Odom to travel to La Playita, San Jose del Cabo, Mexico for the Christmas holiday with his family. He is requesting permission to travel from December 21 through December 28, 2005.

Attached is a letter from Mr. Odom's supervising probation officer, Krista T. Kreil, who indicates that he has satisfactorily performed while subject to his supervised release conditions. It is therefore recommended that Mr. Odom be allowed permission to travel to Mexico for the above-stated purpose during the above-listed times.

                                               Respectfully submitted,

                                               /s/ Melinda S. Peyret

                                               **Melinda S. Peyret**
                                               **United States Probation Officer**
                                               **(559) 498-7569**

Dated:       November 7, 2005
                  Fresno, California

Rev. 03/2005
MEMO-CT.MRG

**Re:    ODOM III, Clifton Tyre**
**Docket Number: 1:01CR05309-02 AWI**
**OUT OF COUNTRY TRAVEL REQUEST**


**REVIEWED BY:**    /s/ Bruce A. Vasquez
                              **Bruce A. Vasquez**
                              **Supervising United States Probation Officer**

Attachment(s)


**AGREE:**  ✖              **DISAGREE:** _____

IT IS SO ORDERED.

**Dated:   November 8, 2005**              /s/ Anthony W. Ishii
0m8i78                                      UNITED STATES DISTRICT JUDGE

2